# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marilyn Pinson Barron <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 12-16807 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Bank of America, N.A. as Servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, SUCCESSOR IN INTEREST TO WILMINGTON TRUST, F.S.B., and index same on the master mailing list.

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734