United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 12-16807-jkf
Marilyn Pinson Barron    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Feb 14, 2017
    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.
db    +Marilyn Pinson Barron,    2222 W. Cumberland Street,    Philadelphia, PA 19132-4116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2017 at the address(es) listed below:
    DAVID M. OFFEN    on behalf of Debtor Marilyn Pinson Barron dmo160west@gmail.com, davidoffenecf@gmail.com
    DENISE ELIZABETH CARLON    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY, SUCCESSOR IN INTEREST TO WILMINGTON TRUST, F.S.B. bkgroup@kmllawgroup.com
    SHERRI J. BRAUNSTEIN    on behalf of Creditor    MANUFACTURERS TRADERS AND TRUST COMPANY, SUCCESSOR BY MERGER TO WILMINGTON TRUST FSB, SUCCESSOR BY MERGER TO WILMINGTON TRUST OF PENNSYLVANIA sbraunstein@udren.com, vbarber@udren.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Marilyn Pinson Barron  : Case No. 12–16807–jkf
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , February 14, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

34
Form 195